Mary Gonzales
Reg. No. 54373-177
Case No. 1:16-CR-00025-O-BL(01)

Jan. 2, 2022

I Mary Gonzales am writing due to my jail time. My jail time does not show up on my Computation sheet.
I was at Taylor Co. Jail May 5, 2016 from there I was transfered to Jones Co. in Anson til Dec. Then in Nov or Dec. I was transfered back to Taylor Co. til Feb. 14, 2017 I was taken to TDCID-Unit.
I ask that the courts send my jail time to the proper place so that I can get credit.

Thank You!
Mary Gonzales
#54373-177

NORTH TEXAS TX P&DC
DALLAS TX 750
3 JAN 2022 PM 6

c/o Judge Reed O'Conner
United States District Clerks Office
Northern District of Texas
341 Pine / U.S. Postal Service
Abilene, TX. 79602

RECEIVED
JAN 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Name Mary Gonzales
Reg. No. 54373-177 WT
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127